# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133549

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SAMUEL VAUGHN GRIFFITHS,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133549
COA: 267661
Wayne CC: 05-009820-01

On order of the Court, the application for leave to appeal the March 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

p0618